# Court of Appeals
# of the State of Georgia

ATLANTA,  January 24, 2023

*The Court of Appeals hereby passes the following order:*

**A23A0861. MELVIN KENNETH BLOCKER v. LESA MARIE BLOCKER.**

Lesa Marie Blocker petitioned to divorce Melvin Kenneth Blocker, and the trial court entered a final divorce decree on April 26, 2022. Following entry of the decree, Lesa filed a motion seeking to hold Melvin in contempt of the decree, and Melvin filed a motion for reconsideration of the child support ruling. [1] The trial court denied the motions, but clarified its April 26 decree. Melvin then filed this direct appeal. We lack jurisdiction.

Appeals from "judgments or orders in divorce, alimony, and other domestic relations cases" must be made by application for discretionary appeal. See OCGA § 5-6-35 (a) (2); *Russo v. Manning*, 252 Ga. 155, 155 (312 SE2d 319) (1984). Here, Melvin filed a document titled "Notice of Appeal or in the Alternative Application for Direct Appeal." Pursuant to OCGA § 5-6-35 (d), applications for discretionary appeal must be filed in an appellate court. Accordingly, Melvin's pleading, which he filed in the trial court, is properly construed as a notice of appeal. See OCGA § 5-6-37 (a) (notice of appeal filed with trial court); *Born v. Born*, 364 Ga. App. 511, 517 (1) (874 SE2d 846) (2022) ("pleadings, motions, and orders are construed according to their substance and function and not merely by nomenclature") (punctuation omitted).

---

[1] Melvin also filed what purports to be a motion for summary judgment with regard to the child support issue. "A motion for summary judgment is designed to test the merits of a claim." *Forest City Gun Club v. Chatham County*, 280 Ga. App. 219, 221 (633 SE2d 623) (2006) (punctuation omitted). Such a motion is not a proper vehicle for obtaining reconsideration of a claim that has already been adjudicated.

"[C]ompliance with the discretionary appeals procedure is jurisdictional." *Fabe v. Floyd*, 199 Ga. App. 322, 332 (1) (405 SE2d 265) (1991). Because Melvin failed to file an appropriate application for discretionary appeal, we lack jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta, 01/24/2023*
   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

   *Stephen E. Castlen*    *, Clerk.*